DISTRICT OF OREGON
**F I L E D**
November 05, 2013
Clerk, U.S. Bankruptcy Court

Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: 0.11%

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LARRY SLAUGHTER, ) | |
| ) | Case No. 12-61194-TMR11 |
| Debtor-in-possession. ) | |
| ) | Adv. Proc. No. 1306126 |
| ) | |
| ALAN OLSEN d/b/a CUSTOM ) | |
| COSTRUCTION SERVICES, *an individual* ) | |
| ) | STIPULATED |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| ) | |
| LARRY SLAUGHTER, *an individual* ) | |
| ) | |
| Defendant. ) | |

THIS MATTER, having come before the Court on the stipulation of the parties IT IS HEREBY ORDERED that judgment is awarded to Plaintiff ALAN OLSEN against LARRY SLAUGHTER as follows:

1. In the principal amount of $15,000.00

2. All court costs and attorneys' fees associated with this action and any other incidental costs or expenses incurred in this action shall be borne by the parties individually.

###

Presented by:
NATHAN R. RIETMANN

10/29/13          By: /s/ Nathan R. Rietmann
Date                    NATHAN R. RIETMANN, OSB #053630
                        Counsel for Plaintiff Alan Olsen

Stipulated and Agreed to by:
LARRY SLAUGHTER

10/29/13          By: /s/ Ted A. Troutman
Date                    TED A. TROUTMAN, OSB #844470
                        Counsel for Debtor Larry Slaughter

# CERTIFICATE OF SERVICE

I certify that on October 29, 2013 I served the attached Stipulated Judgment on the following by using the court's CM/ECF service:

>Ted A. Troutman
>Muir & Troutman
>16100 NW Cornell RD #200
>Beaverton, Oregon 97006

Dated this 29th day of October, 2013

/s/ Nathan R. Rietmann
Nathan R. Rietmann, OSB 053630
Attorney at Law
1270 Chemeketa St. NE
Salem, Oregon 97301
503-551-2740
nathan@rietmannlaw.com